Affirmed and Memorandum Opinion filed November 17, 2005









Affirmed and Memorandum Opinion filed November 17,
2005.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00611-CR

____________

 

SHAUN CHRISTOPHER CRUMP, Appellant

 

V.

 

THE STATE
OF TEXAS, Appellee

__________________________________________________________________

 

On Appeal from the 400th
District Court

Fort Bend County,
Texas

Trial Court Cause No.
39,887

__________________________________________________________________

 

M E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted for of the
offense of offense of murder and was sentenced, in accordance with the verdict,
to life imprisonment in the Institutional Division of the Texas Department of
Criminal Justice.  Appellant filed a
notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the appeal
is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S. Ct. 1396 (1967), presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573 S.W.2d 807 (Tex.
Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  As of this
date, no pro se response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed November 17, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore. 

Do Not Publish C Tex. R. App. P. 47.2(b).